

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2021

No. 04-21-00440-CV

**IN THE INTEREST OF E.A.T. JR. AND E.A.T., CHILDREN**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01457
Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due on November 30, 2021, and appellant filed a motion requesting an extension of that deadline until December 20, 2021.

After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by December 20, 2021**. **Appellant is advised that further extensions of time will be disfavored**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2021.



_____
Michael A. Cruz,
Clerk of Court